# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Terrence H. Lane,　　　　　　　　　　　　　　Civil No. 10-3610 (DWF/SRN)

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**ORDER ADOPTING REPORT
　　　　　　　　　　　　　　　　　　　　　AND RECOMMENDATION**

MN Department of Corrections Case
Worker Loraine LeKander,

      Defendant

---

Terrence H. Lane, *Pro Se*, Plaintiff.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 26, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis*, (Doc. No. [2]), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 12, 2010        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge